```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 04 B 38710
    LINDELL RAGSDALE
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER


           Debtor
    SSN XXX-XX-6935


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 10/18/2004 and was confirmed 03/23/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 09/17/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED           10100.00      2230.14      5948.75
WELLS FARGO AUTO FINANCE  SECURED           20994.00      9606.04     10684.88
WELLS FARGO AUTO FINANCE  UNSECURED              .44          .00          .00
AT & T BANKRUPCTY         UNSECURED         NOT FILED         .00          .00
CAPITAL ONE BANK          UNSECURED         NOT FILED         .00          .00
CAPITAL ONE BANK          UNSECURED         NOT FILED         .00          .00
CITY OF CHICAGO PARKING   UNSECURED            430.00         .00          .00
HOUSEHOLD CREDIT SERVICE  UNSECURED         NOT FILED         .00          .00
RESURGENT ACQUISITION LL  UNSECURED           1892.79         .00          .00
RESURGENT ACQUISITION LL  UNSECURED           1537.54         .00          .00
CAPITAL ONE AUTO FINANCE  UNSECURED            730.94         .00          .00
ECAST SETTLEMENT CORP     UNSECURED            337.13         .00          .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY         2,680.20                  2,680.20
TOM VAUGHN                TRUSTEE                                       1,934.99
DEBTOR REFUND             REFUND                                            .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              33,085.00

PRIORITY                                          .00
SECURED                                     16,633.63
    INTEREST                                11,836.18
UNSECURED                                         .00
ADMINISTRATIVE                               2,680.20
TRUSTEE COMPENSATION                         1,934.99
DEBTOR REFUND                                     .00
                    ---------------        ---------------
TOTALS               33,085.00              33,085.00


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 38710 LINDELL RAGSDALE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE